UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

_____

ONESIMUS GAYEMEN,                              :
          Plaintiff,                   :       CIVIL ACTION
    v.                                        :
                                                      :       No. 5:14-cv-1518
                                                      :
THE SCHOOL DISTRICT OF THE                     :
CITY OF ALLENTOWN, SHAWNDELL                   :
CANNON, GREGORY GOODIN, JACOB                  :
FERNANDEZ and JAHMEEN QUICK,                   :
          Defendants.                 :
_____

**O R D E R**

**AND NOW,** this 16th day of April, 2015, upon consideration of Defendant, School District of the City of Allentown's Motion to Dismiss (ECF No. 42) and the response filed thereto, it is hereby **ORDERED** that said Motion is **DENIED**.

                                              **BY THE COURT:**

                                              */s/ Joseph F. Leeson, Jr.*_____
                                              **JOSEPH F. LEESON, JR., U.S.D.J.**