IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

FILED
MAY 2 6 2016
MICHAEL E. KUNZ, Clerk
By_____Dep. Clerk

| | |
|---|---|
| ONESIMUS GAYEMEN,<br><br>Plaintiff,<br><br>v.<br><br>THE SCHOOL DISTRICT OF THE<br>CITY OF ALLENTOWN;<br>SHAWNDELL CANNON;<br>GREGORY GOODIN;<br>JACOB FERNANDEZ; and<br>JAHMEEN QUICK,<br><br>Defendants | CIVIL ACTION NO. 14-CV-1518 |

## ORDER

**AND NOW**, this 26th day of May, 2016, upon consideration of Defendant Allentown School District's Motion for Summary Judgment (Dkt. No. 70) filed February 22, 2016; upon consideration of the Reply to Defendant, The School District of the City of Allentown's, Motion for Summary Judgment (Dkt. No. 73) filed by Plaintiff on March 14, 2016; upon consideration of the Reply Brief of Allentown School District in Support of Motion for Summary Judgement (Dkt. No. 75) filed March 24, 2016; after oral argument on the record held May 16, 2016; and for the reasons expressed in the foregoing Memorandum,

**IT IS ORDERED** that Defendant Allentown School District's Motion for Summary Judgment (Dkt. No. 70) is **GRANTED**. Count 8 of the Second Amended Complaint is **DISMISSED**, and judgment is entered for Defendant (The School District of the City of Allentown) on Plaintiff's claims.

BY THE COURT:

HENRY S. PERKIN,
United States Magistrate Judge