IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

_____

| | |
|---|---|
| ONESIMUS GAYEMEN, : | |
| : | |
| Plaintiff, : | |
| v. : | CIVIL ACTION NO. 14-CV-1518 |
| : | |
| SHAWNDELL CANNON; : | |
| GREGORY GOODIN; : | |
| JACOB FERNANDEZ; and : | |
| JAHMEEN QUICK, : | |
| : | |
| Defendants : | |

_____

**ORDER**

     **AND NOW**, this    21ˢᵗ    day of November, 2016, upon consideration of the record, the findings of the July 13, 2016 non-jury trial, and Defendants' failure to appear or respond in this action,

     **IT IS ORDERED** that Default Judgment against Defendants Shawndell Cannon, Gregory Goodin, and Jahmeen Quick is **GRANTED** on Plaintiff's claims contained in the Second Amended Compaint (Dkt. 41).

     **IT IS FURTHER ORDERED** that Defendants Cannon, Goodin, and Quick shall be jointly and severally liable to pay the amount of $75,000 for compensation damages and $15,000 for punitive damages suffered by Plaintiff.

     **IT IS FURTHER ORDERED** that the Court rules in favor of Plaintiff and against Defendant Jacob Fernandez for the amount of $800 in restitution, which the Court finds Defendant Fernandez has fully satisfied.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case **CLOSED** for statistical purposes.

                                                        BY THE COURT:

                                                        */s/ Henry S. Perkin*_____
                                                        HENRY S. PERKIN,
                                                        United States Magistrate Judge